# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| DOLORES EMANUEL ORELLANO CERROS, | : | Case No. 1:25-cv-00921 |
| | : | |
| Petitioner, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| | : | |
| ROBERT LYNCH, Field Office Director of Removal Operations, Detroit Field Office; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement (ICE); KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAM BONDI, U.S. Attorney General, | : : : : : | Chief Magistrate Judge Stephanie K. Bowman |
| Respondents. | | |

## ORDER

Petitioner, Dolores Emanuel Orellano Cerros, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The **CLERK OF COURT is DIRECTED** to (1) immediately serve Respondents with a copy of the Petition, along with a copy of this Order, by overnight mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter a notice of appearance.

**IT IS SO ORDERED.**

December 16, 2025

*s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
Chief United States Magistrate Judge