IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **DOLORES EMANUEL ORELLANO CERROS,** | : | Case No. 1:25-cv-921 |
| Petitioner, | : | Judge Matthew W. McFarland |
| vs. | : | Chief Magistrate Judge Stephanie K. Bowman |
| **ROBERT LYNCH, et al.,** | : | |
| Respondents. | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner Dolores Emanuel Orellano Cerros, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **January 5, 2026.**

**IT IS SO ORDERED.**

December 29, 2025

*s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
Chief United States Magistrate Judge