# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **DOLORES EMANUEL ORELLANO CERROS,** | : | Case No. 1:25-cv-921 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | Chief Magistrate Judge Stephanie K. Bowman |
| | : | |
| **KEVIN RAYCRAFT, et al.,** | : | |
| | : | |
| Respondent. | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 5). They have now done so. (Doc. 6). Based on that joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due:  January 20, 2026
- Orellano Cerros's Reply Due:  January 27, 2026

**IT IS SO ORDERED.**

January 14, 2026

*s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
Chief United States Magistrate Judge