Krishna J. Mahadevan 0099016,

Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Dolores Emanuel Orellano Cerros,** | ) | |
| | ) | Case No. 25-921 |
| Petitioner, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| | | **DISMISSAL  PURSUANT TO** |
| | | **F.R.C.P 41(a)(1)(A)(i)** |
| | ) | |
| **Robert Lynch,** Field Office Director of | ) | |
| Removal Operations, Detroit Field Office | ) | |
| **Todd Lyons,** Acting Director of U.S Immigration | ) | |
| And Customs Enforcement (ICE) | ) | |
| **Kristi Noem,** Secretary of the U.S. Department of | ) | |
| Homeland Security; and | ) | |
| **Pam Bondi,** Attorney General of the United States, | ) | |
| in their official capacities, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the petitioner Dolores Emanuel Orellano Cerros, through counsel, hereby give notice that the above captioned option is voluntarily dismissed, without prejudice against the respondents Robert Lynch, Todd Lyons, Kristi Noem, and Pam Bondi due to the respondent's deportation from the United States to Honduras. The petitioner is no longer detained.

Respectfully submitted,

Krishna J Mahadevan 0099016
Jorge H Martinez Attorney at Law

*Counsel for Petitioner*

Dated: 12/12/2025